# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**811.1**
**CAF 12-00468**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

IN THE MATTER OF NICOLE L. LOWTHER,
PETITIONER-RESPONDENT,

V                                                                                              ORDER

CHRISTOPHER A. EASTMAN, RESPONDENT-APPELLANT.

---

ADAM R. MATTESON, LOWVILLE, FOR RESPONDENT-APPELLANT.

LIONEL LEE HECTOR, WATERTOWN, FOR PETITIONER-RESPONDENT.

JOHN W. HALLETT, ATTORNEY FOR THE CHILD, WATERTOWN, FOR ELIZEBETH E.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Jefferson County (Diana D. Trahan, R.), entered January 24, 2012 in a proceeding pursuant to Family Court Act article 6.  The order, among other things, granted petitioner's application to relocate to Maryland with the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  June 8, 2012                                        Frances E. Cafarell
                                                             Clerk of the Court